DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>       Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30,<br><br>       Defendants. | Case No. CV-08-2295 EMC<br><br>**DECLINATION RE MAGISTRATE JUDGE** |

DECLINATION RE MAGISTRATE JUDGE;
Cotterill v. CCSF, et al. – USDC No. CV-08-2295 EMC

n:\lit\li2008\081193\00482314.doc

Defendant City and County of San Francisco hereby declines to have this case assigned to a United States Magistrate Judge for trial or pretrial proceedings.

Dated: May 5, 2008

>                    DENNIS J. HERRERA
>                    City Attorney
>                    JOANNE HOEPER
>                    Chief Trial Deputy
>                    SCOTT D. WIENER
>                    Deputy City Attorney
>
>                       -/s/-    Scott D. Wiener
>              By:_____
>                    SCOTT D. WIENER
>                    Attorneys for Defendants
>                    CITY AND COUNTY OF SAN FRANCISCO

1  Defendant City and County of San Francisco hereby declines to have this case assigned to a
2  United States Magistrate Judge for trial or pretrial proceedings.

4  Dated: May 5, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By: /s/
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO