DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30,<br><br>Defendants. | Case No. CV-08-02295 JSW<br><br>**PROOF OF SERVICE**<br><br>Trial Date:        None Set |
|---|---|

Proof of Service;
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

n:\lit\li2008\081193\00484540.doc

I, HELEN LAU, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, California 94102.

On May 13, 2008, I served the following document:

1. Order Setting Initial Case Management Conference and ADR Deadlines;

2. Notice of Assignment of Case to a United States Magistrate Judge for Trial; and

3. US District Court Northern California – ECF Registration Information Handout.

on the following party:

> GREGORY M. HAYNES, ESQ.
> 2443 FILLMORE, #194
> SAN FRANCISCO, CA 94115

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 13, 2008, at San Francisco, California.

- Signed -

_____
HELEN LAU