1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7  CITY AND COUNTY OF SAN FRANCISCO AND
   MATTHEW MASON
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30,<br><br>Defendants. | Case No. CV-08-02295 JSW<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION JURISDICTION) BY DEFENDANT MATHEW MASON (28 U.S.C. §§ 1441, 1446)**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

Notice of Removal;
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

n:\lit\li2008\081193\00485357.doc

1   TO THE CLERK OF THE ABOVE COURT AND TO PLAINTIFF AND HER COUNSEL
2   OF RECORD:  NOTICE IS HEREBY GIVEN that Officer Mathew Mason, named as a defendant in
3   the above-captioned action, No. 470-461 in the files and records of the Superior Court of California
4   for the County of San Francisco, hereby removes said action to the United States District Court for
5   the Northern District of California, pursuant to 28 U.S.C. sections 1441 and 1446, and is filing in said
6   Superior Court a Notice of Removal.  Officer Mason also joins in the City and County of San
7   Francisco's petition for removal.
8   Officer Mason pursuant to 28 U.S.C. §§1441 and 1446, presents the following facts to the
9   Judges of the United States District Court for the Northern District of California:
10  A civil action bearing the above-caption was commenced in the Superior Court of California
11  for the County of San Francisco, Case No. 470-461.  The summons and complaint have not been
12  served on Officer Mason, and his removal petition is therefore timely.  The complaint includes a
13  claim for alleged violation of Plaintiff's federal constitutional rights under 42 U.S.C. section 1983.
14  This action is one that may properly be removed to this Court pursuant to 28 U.S.C. sections
15  1441(a) and (b), because the complaint alleges a violation of Plaintiff's federal constitutional rights
16  and federal question jurisdiction therefore exists.
17  To the extent that plaintiff's complaint alleges a claim or cause of action other than violation
18  of rights under the laws of the United States, supplemental jurisdiction exists, and said causes of
19  action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).
20  No pleadings, summonses, or processes have been served on Officer Mason.
21  The City and County of San Francisco, also a defendant in this action, joins in Officer
22  Mason's petition for removal.  The remaining defendants are not joining in this petition, because on
23  information and belief, such remaining defendants have not been served.  Officer Mason is informed
24  and believes that only the City and County of San Francisco has been served.
25  The City and County of San Francisco previously removed this lawsuit on May 2, 2008, and
26  the case was assigned the above case number and assigned to the Honorable Jeffrey S. White.  At the
27  time that the City removed the case, on information and belief, no other defendant had been served.
28  Plaintiff has taken the position that the City's removal was defective because the petition did not state

1 that other defendants were not joining the petition based on lack of service.  Plaintiff has further taken
2 the position that remand is required.  The City disputes Plaintiff's contention.
3     WHEREFORE, Defendant Mathew Mason prays that the above action be removed in its
4 entirety to this Court for all further proceedings.

## DEMAND FOR JURY TRIAL

6     Defendant Mathew Mason demands a trial by jury in this action.

Dated:  May 16, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

   -/s/-   Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND MATHEW MASON

---

Notice of Removal;
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW      2      n:\lit\li2008\081193\00485357.doc