1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
4 | 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
5 | Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837
6 |
Attorneys for Defendants
7 | CITY AND COUNTY OF SAN FRANCISCO AND
MATHEW MASON
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | CHERYL COTTERILL,                                     Case No. CV-08-02295 JSW

12 |            Plaintiff,                                **AMENDED/CORRECTED/
SUPPLEMENTAL NOTICE OF
13 |        vs.                                           REMOVAL OF ACTION UNDER 28
U.S.C. § 1441(b) (FEDERAL
14 | CITY AND COUNTY OF SAN                                QUESTION JURISDICTION) BY
FRANCISCO, MATHEW MASON,                                DEFENDANT CITY AND COUNTY OF
15 | HUGH HALL, GREGORY HICKS,                            SAN FRANCISCO (28 U.S.C. §§ 1441,
LEON LOEW, HEATHER FONG,                                1446)**
16 | MITCHELL KATZ, REGENTS OF THE
UNIVERSITY OF CALIFORNIA, PAUL                          **DEMAND FOR JURY TRIAL**
17 | DAVIES, GAVIN NEWSOM, JOHN
CRUDO, ANNE BRAUN, ESTER
18 | CHOO, TRUDY SINGZON, JESSICA
FOGLER, REGINA GRAHAM, TAMAR
19 | SEIVER, FREDERICK HUANG,
HURBERT OCHITILL, RICK PATEL,
20 | ALICIA F. LIEBERMAN, MARK
LEARY, ROBERT OKIN, ROBERT
21 | DYNES AND DOES 1 TO 30,

22 |            Defendants.

23 |

24 |

25 |

26 |

27 |

28 |

Amended/Corrected/Supplemental Notice of Removal;                    n:\lit\li2008\081193\00485369.doc
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

1    TO THE CLERK OF THE ABOVE COURT AND TO PLAINTIFF AND HER COUNSEL

2  OF RECORD:  AMENDED/CORRECTED/SUPPLEMENTAL NOTICE IS HEREBY GIVEN that

3  the City and County of San Francisco, named as defendant in the above-captioned action, No. 470-

4  461 in the files and records of the Superior Court of California for the County of San Francisco,

5  hereby removes said action to the United States District Court for the Northern District of California,

6  pursuant to 28 U.S.C. sections 1441 and 1446.  The City previously filed in said Superior Court a

7  Notice of Removal.

8    Defendant City and County of San Francisco pursuant to 28 U.S.C. §§1441 and 1446,

9  presents the following facts to the Judges of the United States District Court for the Northern District

10  of California:

11    A civil action bearing the above-caption was commenced in the Superior Court of California

12  for the County of San Francisco, Case No. 470-461.  The complaint was provided to the City and

13  County of San Francisco on April 11, 2008.  The complaint includes a claim for alleged violation of

14  Plaintiff's federal constitutional rights under 42 U.S.C. section 1983.

15    This action is one that may properly be removed to this Court pursuant to 28 U.S.C. sections

16  1441(a) and (b), because the complaint alleges a violation of Plaintiff's federal constitutional rights

17  and federal question jurisdiction therefore exists.

18    To the extent that plaintiff's complaint alleges a claim or cause of action other than violation

19  of rights under the laws of the United States, supplemental jurisdiction exists and said causes of

20  action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

21    Defendant Mathew Mason joins in this petition for removal.  On information and belief, no

22  other defendant has been served, and those defendants (i.e., all defendants except for the City and

23  Officer Mason) therefore do not join in this petition.

24    The City removed this case on May 2, 2008.  Plaintiff has taken the position that the petition

25  for removal was defective and that remand is required, because the petition did not state why the

26  other defendants were not joining in the petition.  The City disagrees with that contention, but out of

27  an abundance of caution, the City is submitting this corrected/amended/supplemental petition for

28  removal.

Amended/Corrected/Supplemental Notice of Removal;       1           n:\lit\li2008\081193\00485369.doc
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

1    Pursuant to 28 U.S.C. §1446(b), copies of the process, pleadings and other orders served upon

2  the City at the time of removal, as well as the City's answer, were attached to the original petition for

3  removal.  The City refers to and incorporates those pleadings by reference.

4    WHEREFORE, the City and County of San Francisco prays that the above action be removed

5  in its entirety to this Court for all further proceedings.

6                          **DEMAND FOR JURY TRIAL**

7    Defendant City and County of San Francisco demands a trial by jury in this action.

8

9

Dated:  May 16, 2008

10

11                                    DENNIS J. HERRERA
                                      City Attorney
12                                    JOANNE HOEPER
                                      Chief Trial Deputy
13                                    SCOTT D. WIENER
                                      Deputy City Attorney
14

15                                        -/s/-     Scott D. Wiener
                                    By:_____
16                                    SCOTT D. WIENER
                                      Attorneys for Defendants
17                                    CITY AND COUNTY OF SAN FRANCISCO AND
                                      MATHEW MASON
18

19

20

21

22

23

24

25

26

27

28