AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL )
Plaintiff )
v. )  Civil Action No. CV 08 2295 JSW
CITY AND COUNTY OF SAN FRANCISCO )
et al. Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SEE ATTACHMENT !

**RECEIVED**

MAY 1 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

Name of clerk of court

Date: 5/15/8

KAREN L. HOM

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                    _____
                                                               Server's signature

                                                  _____
                                                             Printed name and title

                                                _____
                                                                    Server's address

Mark Leary
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Jessica Fogler
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Tamar Seiver
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Rick Patel
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Robert L. Okin
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Herbert Ochitill,
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Alicia F. Lieberman
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Regina Graham
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Anne Braun,
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Ester Choo
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Trudy Singzon
San Francisco General Hospital
1001 Potrero
San Francisco, CA 94110

Regents of the University of California
1111 Franklin Street, 12th Floor
Oakland, CA 94607

Robert Dynes
1111 Franklin Street, 12th Floor
Oakland, CA 94607

Gavin Newsom
1 Dr Carlton B Goodlett Pl,
#200,
San Francisco, CA 94102

Mitchell Katz
101 Grove, Room 105
San Francisco, Ca 94102

Heather Fong
850 Bryant Street, Room 322
San Francisco, Ca 94103

Mathew Mason
201 Williams Street
San Francisco, Ca 94124]

Hugh Hall
350 Amber Drive
San Francsico, Ca

Gregory Hicks
1899 Waller Street
San Francsico, Ca 94115

Leon Loew
1125 Fillmore St
San Francisco, CA  94110

John Crudo
850 Bryant Street
5th Floor
San Francisco, Ca 94103

Paul Davies
1899 Waller Street
San Francsico, Ca 94115