```
1   HASSARD BONNINGTON LLP
    MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
2   R. WESLEY PRATT, ESQ., State Bar No. 191159
    Two Embarcadero Center, Suite 1800
3   San Francisco, California  94111-3941
    Telephone:  (415) 288-9800
4   Fax:  (415) 288-9801
    Email: rwp@hassard.com
5
    Attorneys for Defendants
6   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
    ESTER CHOO, M.D., TRUDY SINGZON, M.D.,
7   JESSICA FOGLER, M.D., REGINA GRAHAM, M.D., TAMAR
    SEIVER, M.D., FREDERICK HUANG, M.D., HURBERT
8   OCHITILL, M.D., RICHARD PATEL, M.D. (sued herein as
    "RICK PATEL"), ALICIA F. LIEBERMAN, Ph.D., MARK
9   LEARY, M.D., ROBERT OKIN, M.D., and ROBERT DYNES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL, | No. C 08-02295 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE 3RD, 4TH, 5TH, 6TH, 9TH, 12TH AND 17TH CAUSES OF ACTION AND DEFENDANT REGENTS' MOTION TO STRIKE THE PRAYER FOR PUNITIVE DAMAGES |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES, and DOES 1 to 30, | [F.R.C.P. 12(b)(6); 12(f)]<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Dept.: 17<br>Judge: Jeffrey S. White<br><br>Complaint Filed: Dec. 26, 2007<br>1st Amended Complaint: Dec. 28, 2007<br>2nd Amended Complaint: April 3, 2008 |
| Defendants. | Jury Trial Demanded |

/ / /

/ / /

/ / /

-1-

[PROPOSED] ORDER
P:\Wdocs\HBMAIN\00045\00203\00303409.DOC-6208

1  This matter came on regularly to be heard on August 15, 2008, in the
above-entitled court, pursuant to a Motion to Dismiss filed by defendants THE
REGENTS OF THE UNIVERSITY OF CALIFORNIA, ESTER CHOO, M.D., TRUDY
SINGZON, M.D., JESSICA FOGLER, M.D., REGINA GRAHAM, M.D., TAMAR
SEIVER, M.D., FREDERICK HUANG, M.D., HURBERT OCHITILL, M.D., RICHARD
PATEL, M.D. (sued herein as "RICK PATEL"), ALICIA F. LIEBERMAN, Ph.D., MARK
LEARY, M.D., ROBERT OKIN, M.D., and ROBERT DYNES and a Motion to Strike
filed by defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA. R.
Wesley Pratt, Esq. appeared on behalf of the moving defendants. Gregory M.
Haynes, Esq. appeared on behalf of plaintiff.

The matter having been briefed, argued and submitted for decision, and good cause appearing therefor,

The Court finds that the 3rd, 4th, 5th, and 6th causes of action fail to state a claim upon which relief can be granted because the moving defendants are immune from federal court lawsuits that are based upon 42 United States Code section 1983, pursuant to the Eleventh Amendment to the United States Constitution. See Regents of the University of California v. Doe (1997) 137 L.Ed. 2d, 55, 60; Mitchell v. Los Angeles Community College District (9th Cir. 1988) 861 F.2d 198, 201; Jackson v. Hayakawa (9th Cir. 1982) 682 F.2d, 1344, 1350.

The Court further finds that the 9th, 12th and 17th causes of action fail to state a claim upon which relief can be granted because they are barred by the applicable statute of limitations. See Cal. Code Civ. Proc. §340.5.

The remaining causes of action need to be amended to clarify the charging defendant(s) and the cause of action numbering.

Finally, the Court finds that the prayer for punitive damages, at page 31, line 17, is immaterial to plaintiff's claim against THE REGENTS OF THE UNIVERSITY OF CALIFORNIA because a plaintiff may not claim punitive damages against a public entity. See Cal. Gov. Code §818.

[PROPOSED] ORDER
P:\Wdocs\HBMAIN\00045\00203\00303409.DOC-6208

1  IT IS HEREBY ORDERED the motion to dismiss is GRANTED without leave to amend as to the 3rd, 4th, 5th, 6th, 9th, 12th and 17th causes of action in the Second Amended Complaint. Those causes of action are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the prayer for punitive damages, at page 31, line 17, is stricken as to defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA.

IT IS FURTHER ORDERED that plaintiff file an amended complaint within twenty (20) days clarifying her causes of action by number and defendant(s).

Dated: _____          _____

HONORABLE JEFFREY S. WHITE

[PROPOSED] ORDER
P:\Wdocs\HBMAIN\00045\00203\00303409.DOC-6208