**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

No. C 08-02295 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on August 15, 2008 on Defendants' motion to dismiss several causes of action and Defendant Regents' motion to strike prayer for punitive damages. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 20, 2008 and a reply brief shall be filed by no later than June 27, 2008

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE