Gregory M. Haynes, Esq.
SBN: 111574
2443 Fillmore, #194
San Francisco, CA 94115
 (415) 546-0777

Attorney for Plaintiff
Cheryl Cotterill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cheryl Cotterill,
    Plaintiff

Action No.  CV 08 2295 JSW

Points and Authorities In Opposition to Motion to Dismiss

City and County of
San Francisco, et al.
    Defendants
_____/

DATE:  Aug 15, 2008
TIME:  9:00a.m.
PLACE: Depart 17
Judge: Jeffrey S. White

Table of Contents

Points and Authorities In Opposition to Motion to Dismiss

I. Introduction ………………………………………………….   1

II Summary of Argument …………………………………….   1

III Claims Addressed by Motion to Dismiss ………………….   2

IV. Background …………………………………………………   5

V. Legal Argument   …………………………………………… 7

    A. REGENTS HAVE WAIVED ELEVENTH AMENDMENT IMMUNITY BY ACCEPTING REMOVAL, NOT SEEKING REMAND AND BY COOPERATING WITH THE CO-DEFENDANT CITY'S REMOVAL IN ORDER TO GAIN A TACTICAL ADVANTAGE ………… 7

        1. DEFENANT REGENTS ACCEPTED REMOVAL OF THE CASE TO STATE COURT UNDER 28 USC SECTION 1448 AND HAS WAIVED 11TH AMENDMENT IMMUNITY ……………………… 8

        2. REGENTS ASSISTED AND COPPERATED IN CO-DEFENDANT'S CITY REMOVAL OF THE CASE FROM STATE COURT TO FEDERAL COURT FOR TACTICAL GAIN ……   10

    B. 11TH AMENDMENT IMMUNITY DOES NOT APPLY TO THE INDIVIDUAL DEFENDANTS BECAUSE THEY ARE SUED IN THERE INDIVISUAL CAPACITY AS OPPOSED TO THEIR OFFICIAL CAPACITY ……………………………….. 12

    C. IF 11TH AMENDMENT IMMUNITY IS NOT WAIVED, THEN THE CASE SHOULD BE REMANDED AND NOT DISMISSED …............... 13

D. STATUE OF LIMITATION ARGUMENT
IS WITHOUR MERIT AS THE INDIVIDUAL
DEFENDANTS SUED ARE EMPLOYEES
OF THE CITY AND COUNTY OF SAN FRANCISCO
AND HENCE THE CLAIMS STATUTE TOLLS
THE TIME TO FILE THE ACTION ……………………….    15

E. NEGLIGENCE CAUSE OF ACTION
IS NOT BARRED AS TO THE REGENTS
UNDER THE NEGLIGENCE CAUSE OF ACTION ………    15

F. PLAINTIFF DOES NOT
SEEK PUNITIVE DAMAGES
AGAINST THE PUBLIC ENTITIES …………………….    17

VI CONCLUSION ………………………………………………….    17

# TABLE OF AUTHORITIES

Bair v. Krug
(9th Cir 1988) 853 F2d 672 ……………………………………… 1,3,

Caso v. Nimrod Producitons Inc.,
2008 DJDAR 8207 ( June 6, 2008) ……………………………… 15

Embury v. King
(9th Cir 2004) 361 F3d 562 ……………………………………… 1,3,7,8
 9,10

Hill v. Blind Industries and Services of Maryland
 (9th Cir 1999) 179 F3d 754 ……………………………………. 7,8, 10

Gonzalez v. Paradise Valley
(2003) 111 Cap. App.4th 735 …………………………………… 2,4,16,17

Hooper v. Albany Intern.??Corp.
(M.D. Ala 2001) 149 F.Supp.2d 1315 …………………………. 1,3, 9

In Re Pharmaceutical Industry Average
 Wholesale Price Litigation
(D. Mass.  2006)  431 F.Supp.2d 109 ………………………… 9,

Jacobs v. Grossmont Hospital
(2003) 108 Cal.App.4th 69 ……………………………………….. 16

Marano Enterprises of Kansas v. Z-Teca
Restaurants, L.P.
(8th Cir 2001) 254 F.3d 753 ……………………………………. 9

 Roy v. Superior Court
(2005) 127 Cal. App. 4th 337……………………………………. 5

Watkins v. California Department of Corrections
(C.D. Cal. 2000) 100 F. Supp.2d 1227 ……………………….. 2, 14

Wisconsin Department of Corrections v. Schacht
(1998) 524 U.S. 381………………………………………………………. 8, 9

California Statutes:

California Government Code

950.2 …………………………………………………………… 3, 4


California Welfare and Institution Code

5150     ………………………………………………………….     4
5250     ………………………………………………………….     4
5259.1   ………………………………………………………….    16
5278     ………………………………………………………….    16


Federal Statutes


42 USC  section 1983 ……………………………………………  2,13
28 USC section 1448 ……………………………………………   9
Federal Rules of Civil Procedure 12(b)(6) ……………………  1,6
Federal Rules of Civil Procedure   12(f) ………………………   2
Federal Rules of Civil Procedure 81 (c) 2 …………………… 11


United States Constitution
Eleventh  Amendment ………………………………………  1, 8, 9, 11,
                                                          12, 14