Gregory M. Haynes, Esq.
SBN: 111574
2443 Fillmore, #194
San Francisco, CA 94115
 (415) 546-0777

Attorney for Plaintiff
Cheryl Cotterill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cheryl Cotterill,
    Plaintiff

                    Action No.  CV 08 2295 JSW

                    Points and Authorities In
                    Opposition to Motion to
                    Dismiss

City and County of           DATE:  Aug 15, 2008
San Francisco, et al.           TIME:  9:00a.m.
    Defendants                 PLACE: Depart 17
                                    Judge: Jeffrey S. White
_____/

Table of Contents

Points and Authorities In Opposition to Motion to Dismiss

I. Introduction ……………………………………………………  1

II Summary of Argument ……………………………………….  1

III Claims Addressed by Motion to Dismiss …………………  2

IV. Background …………………………………………………….  5

V. Legal Argument   ……………………………………………. 7

    A. REGENTS HAVE WAIVED ELEVENTH AMENDMENT IMMUNITY BY ACCEPTING REMOVAL, NOT SEEKING REMAND AND BY COOPERATING WITH THE CO-DEFENDANT CITY'S REMOVAL IN ORDER TO GAIN A TACTICAL ADVANTAGE ………… 7

        1. DEFENANT REGENTS ACCEPTED REMOVAL OF THE CASE TO STATE COURT UNDER 28 USC SECTION 1448 AND HAS WAIVED 11TH AMENDMENT IMMUNITY ……………………… 8

        2. REGENTS ASSISTED AND COPPERATED IN CO-DEFENDANT'S CITY REMOVAL OF THE CASE FROM STATE COURT TO FEDERAL COURT FOR TACTICAL GAIN ……   10

    B. 11TH AMENDMENT IMMUNITY DOES NOT APPLY TO THE INDIVIDUAL DEFENDANTS BECAUSE THEY ARE SUED IN THERE INDIVISUAL CAPACITY AS OPPOSED TO THEIR OFFICIAL CAPACITY ……………………………… 12

    C. IF 11TH AMENDMENT IMMUNITY IS NOT WAIVED, THEN THE CASE SHOULD BE REMANDED AND NOT DISMISSED …............... 13

D. STATUE OF LIMITATION ARGUMENT IS WITHOUR MERIT AS THE INDIVIDUAL DEFENDANTS SUED ARE EMPLOYEES OF THE CITY AND COUNTY OF SAN FRANCISCO AND HENCE THE CLAIMS STATUTE TOLLS THE TIME TO FILE THE ACTION …………………………… 15

E. NEGLIGENCE CAUSE OF ACTION IS NOT BARRED AS TO THE REGENTS UNDER THE NEGLIGENCE CAUSE OF ACTION ……… 15

F. PLAINTIFF DOES NOT SEEK PUNITIVE DAMAGES AGAINST THE PUBLIC ENTITIES …………………………… 17

VI CONCLUSION …………………………………………………… 17

# TABLE OF AUTHORITIES

Bair v. Krug
(9th Cir 1988) 853 F2d 672 ………………………………………….  1,3,

Caso v. Nimrod Producitons Inc.,
2008 DJDAR 8207 ( June 6, 2008) ……………………………..  15

Embury v. King
(9th Cir 2004) 361 F3d 562 ……………………………………….  1,3,7,8
                                                                                                 9,10

Hill v. Blind Industries and Services of Maryland
 (9th Cir 1999) 179 F3d 754 …………………………………….  7,8, 10

Gonzalez v. Paradise Valley
(2003) 111 Cap. App.4th 735  …………………………………….  2,4,16,17

Hooper v. Albany Intern.??Corp.
(M.D. Ala 2001) 149 F.Supp.2d 1315 …………………………..  1,3, 9

In Re Pharmaceutical Industry Average
 Wholesale Price Litigation
(D. Mass.  2006)  431 F.Supp.2d 109  …………………………  9,

Jacobs v. Grossmont Hospital
(2003) 108 Cal.App.4th 69 ……………………………………………  16

Marano Enterprises of Kansas v. Z-Teca
Restaurants, L.P.
(8th Cir 2001) 254 F.3d 753 ……………………………………….  9

 Roy v. Superior Court
(2005) 127 Cal. App. 4th 337…………………………………………  5

Watkins v. California Department of Corrections
(C.D. Cal. 2000) 100 F. Supp.2d 1227 ……………………………  2, 14

Wisconsin Department of Corrections v. Schacht
(1998) 524 U.S. 381……………………………………………………… 8, 9

California Statutes:

California Government Code

950.2 …………………………………………………………………… 3, 4

California Welfare and Institution Code

5150   …………………………………………………………………      4
5250   …………………………………………………………………      4
5259.1 …………………………………………………………………      16
5278   …………………………………………………………………      16

Federal Statutes

42 USC  section 1983 ……………………………………………… 2,13
28 USC section 1448 ………………………………………………    9
Federal Rules of Civil Procedure 12(b)(6) …………………… 1,6
Federal Rules of Civil Procedure   12(f) ……………………… 2
Federal Rules of Civil Procedure 81 (c) 2 …………………… 11

United States Constitution
Eleventh  Amendment ……………………………………………   1, 8, 9, 11,
                                                             12, 14

Gregory M. Haynes, Esq.
SBN: 111574
2443 Fillmore, #194
San Francisco, CA 94115
 (415) 546-0777

Attorney for Plaintiff
Cheryl Cotterill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cheryl Cotterill,
    Plaintiff

                               Action No.  CV 08 2295 JSW

                               Declaration in Opposition
                               To Motion to Dismiss

City and County of               DATE:  Aug 15, 2008
San Francisco, et al.            TIME:  9:00a.m.
    Defendants                    PLACE: Depart 17
                               Judge: Jeffrey S. White
_____/

 I, Gregory M. Haynes, declare as follows:

1.     I am the attorney for the plaintiff in this matter.  I have personal information regarding matter set forth herein.  I sent a copy of the second amended complain to the attorneys for the City and County of San Francisco and the Regents of the University of  California on or about April 7, 2008.

2.    On  May 5, 2008 defendants,  Regents and the named defendants in the motion to dismiss,    propounding discovery in the state court action, by propounding  form interrogatories and request for documents.

3.    The proof of service on the discovery included the name of the attorney of record for the City and County of San Francisco.

4.     A notice of removal from state court was filed on May 6, 2008

5.     Regents defense attorney Marc Zimmerman, or on about May 10, 2008, advised plaintiff counsel that the Regents accepted the summons and complaint, but would not indicated the date it waived service of the summons and complaint . On or about May 21, 2008, Regents defense counsel Wesley, also indicated that the Regents  appeared in the action, but would not indicate what its position was as to whether it had consented to removal.  He noted however, that the city had been advised of  the Regents' position.

6.     Also, on or about May 21, 2008, defense could Wesley indicated  that he would make a 12(b) motion, but would not indicated or disclose what the basis of such a motion would be.

7.    He also refused to indicated whether service on the attorney would be sufficient service as defendants Regents  and others had appeared by propounding discovery.

Declaration in  opposition to                    2
motion to dismiss

8. Plaintiff counsel served on the individual defendants and Regents notice of the case management conference set for August 22, 2008 by service upon its attorney on May 19, 2008, as well as the federal summons and complaint.

9. Defense counsel Wesley advised on or about May 21, 2008 that his client had provided him with plaintiff's medical and psychiatric records and was providing them to his experts for review. The records were sent to defense counsel without plaintiff's consent.

10. The Regents and the City and County of San Francisco have not provided a copy of the records to the attorney for plaintiff from San Francisco General Hospital.

11. On June 11, 2008, plaintiff counsel called the attorney for Regents to discuss the issues connected with the motion and other issues and to follow up the letter of June 10, 2008. Defense counsel Wesley noted that he had no comment on any of the issues and declined the to discuss the matter.

 I declare under penalty of perjury that the foregoing is true and correct and executed in San Francisco, CA

DATED:                             _____
                                    Gregory M. Haynes

Declaration in opposition to         3
motion to dismiss

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:08-cv-02295-JSW    Document 19-2    Filed 06/19/2008    Page 4 of 4

Declaration in opposition to motion to dismiss    4