1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7  CITY AND COUNTY OF SAN FRANCISCO,
   GAVIN NEWSOM, MITCHELL KATZ,
8  HEATHER FONG, MATTHEW MASON,
   HUGH HALL, GREGORY HICKS, LEON LOEW,
9  JOHN CRUDO, AND PAUL DAVIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL, | Case No. CV-08-02295 JSW |
|---|---|
| Plaintiff, | **ADR STIPULATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30, | |
| Defendants. | |

STIPULATION RE ADR;                                   n:\lit\li2008\081193\00500437.doc
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

The parties hereby stipulate to conduct mediation before a mediator appointed by the Court.

Dated: August 1, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        SCOTT D. WIENER
                        Deputy City Attorney

                         -/s/-    Scott D. Wiener
By:_____
     SCOTT D. WIENER
     Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO,
     GAVIN NEWSOM, MITCHELL KATZ,
     HEATHER FONG, MATTHEW MASON,
     HUGH HALL, GREGORY HICKS, LEON LOEW,
     JOHN CRUDO, AND PAUL DAVIES

Dated: August 1, 2008

                        GREGORY M. HAYNES, ESQ.

                        ***Mr. Haynes orally agreed to mediation but failed to sign the ADR stipulation.
By:_____
     GREGORY M. HAYNES
     Attorney for Plaintiff CHERYL COTTERILL

STIPULATION RE ADR;      1      n:\lit\li2008\081193\00500437.doc
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

1  Dated: August 1, 2008

2                                          HASSARD BONNINGTON LLP

4                                              -/s/-   R. Wesley Pratt
                                        By:
5                                          R. WESLEY PRATT
6                                          Attorneys for Defendants THE REGENTS OF THE
                                           UNIVERSITY OF CALIFORNIA, ESTER CHOO,
7                                          TRUDY SINGZON, JESSICA FOGLER, REGINA
                                           GRAHAM, TAMAR SEIVER, FREDERICK HUANG,
8                                          HURBERT OCHITILL, RICK PATEL, ALICIA F.
                                           LIEBERMAN, MARK LEARY, ROBERT OKIN, AND
9                                          ROBERT DYNES

1  The parties hereby stipulate to conduct mediation before a mediator appointed by the Court.

3  Dated: August 1, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

   -/s/-   Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, MITCHELL KATZ,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, AND PAUL DAVIES

Dated: August 1, 2008

GREGORY M. HAYNES, ESQ.

***Mr. Haynes orally agreed to mediation but failed to sign the ADR stipulation.
By:_____
GREGORY M. HAYNES
Attorney for Plaintiff CHERYL COTTERILL

1  Dated: August 1, 2008

HASSARD BONNINGTON LLP

By: _____
R. WESLEY PRATT
Attorneys for Defendants THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA, ESTER CHOO,
TRUDY SINGZON, JESSICA FOGLER, REGINA
GRAHAM, TAMAR SEIVER, FREDERICK HUANG,
HURBERT OCHITILL, RICK PATEL, ALICIA F.
LIEBERMAN, MARK LEARY, ROBERT OKIN, AND
ROBERT DYNES