1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7  CITY AND COUNTY OF SAN FRANCISCO,
   GAVIN NEWSOM, MITCHELL KATZ,
8  HEATHER FONG, MATTHEW MASON,
   HUGH HALL, GREGORY HICKS, LEON LOEW,
9  JOHN CRUDO, AND PAUL DAVIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30,<br><br>　　　　Defendants. | Case No. CV-08-02295 JSW<br><br>**ADR STIPULATION** |

STIPULATION RE ADR;　　　　　　　　　　　　　　　　　　　　　　　　n:\lit\li2008\081193\00500437.doc
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

The parties hereby stipulate to conduct mediation before a mediator appointed by the Court.

Dated: August 1, 2008

                                                DENNIS J. HERRERA
                                                City Attorney
                                                JOANNE HOEPER
                                                Chief Trial Deputy
                                                SCOTT D. WIENER
                                                Deputy City Attorney

                                                    -/s/-    Scott D. Wiener
                                     By:_____
                                                SCOTT D. WIENER
                                                Attorneys for Defendants
                                                CITY AND COUNTY OF SAN FRANCISCO,
                                                GAVIN NEWSOM, MITCHELL KATZ,
                                                HEATHER FONG, MATTHEW MASON,
                                                HUGH HALL, GREGORY HICKS, LEON LOEW,
                                                JOHN CRUDO, AND PAUL DAVIES

Dated: August 1, 2008

                                                GREGORY M. HAYNES, ESQ.

                                                ***Mr. Haynes orally agreed to mediation but failed to
                                                sign the ADR stipulation.
                                     By:_____
                                                GREGORY M. HAYNES
                                                Attorney for Plaintiff CHERYL COTTERILL

Dated: August 1, 2008

                        HASSARD BONNINGTON LLP

                          -/s/-    R. Wesley Pratt
            By:_____
                R. WESLEY PRATT
                Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, AND ROBERT DYNES



August 6, 2008