IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL, | |
|     Plaintiff, | No. C 08-02295 JSW |
|   v. | |
| SF CITY AND COUNTY, ET AL., | **ORDER VACATING HEARING ON MOTION TO DISMISS AND TO STRIKE** |
|     Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and to strike has been noticed for hearing on Friday, August 15, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: August 14, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE