ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

August 20, 2008

Gregory M. Haynes
Law Offices of Gregory M. Haynes, Esq.
2443 Fillmore, #194
San Francisco, CA 94115
415-546-0777

Scott David Wiener
City and County of San Francisco
1390 Market Street
Fox Plaza, 6/F.
San Francisco, CA 94102
(415) 554-4283

Richard Wesley Pratt
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco , CA 94111
415-288-9800 ext 304

Re:   Cotterill v. City and County of San Francisco
      Case No. C 08-02295 JSW MED

Dear Counsel:

   The ADR Program would like to convene a conference call with one of our legal staff, to discuss the Mediation referral. We would like to schedule this for **Tuesday, September 2, 2008 at 2:00 p.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator