# HASSARD BONNINGTON LLP

ATTORNEYS AT LAW

TWO EMBARCADERO CENTER
SUITE 1800
SAN FRANCISCO, CA 94111-3941

415•288•9800
FACSIMILE
415•288•9801

August 21, 2008

**REQUEST FOR CLARIFICATION**

Chambers of Hon. Jeffrey S. White
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3483

    Re:    ***Cheryl Cotterill v. City and County of San Francisco, et al.***
              ***Case No. C 08-02295 (JSW)***

Dear Judge White:

    We have reviewed the Court's recent Order regarding Defendants' motion to dismiss certain causes of action and striking plaintiff's prayer for punitive damages as to The Regents of the University of California.

    I write seeking clarification with respect to the final section of the Order.[1] In particular, we seek clarification of the language on page 9, line 3. The Court's Order dismisses Plaintiff's "seventh, tenth, and thirteenth causes of action." From my review of the Order on pages 6-8, it is my understanding that it was the Court's intention to grant moving Defendants' request to dismiss the Ninth Cause of Action ("Professional Negligence"), the Twelfth Cause of Action ("Negligent Infliction of Emotional Distress"), and the Seventeenth Cause of Action ("Negligence"). Thank you for your consideration of this request for clarification of the Court's Order.

                            Very truly yours,

                            HASSARD BONNINGTON LLP

                            R. Wesley Pratt

cc:    Gregory Haynes, Esq. (via e-filing only)
        Scott D. Wiener, Esq. (via e-filing only)

---

[1] There has been some confusion because Plaintiff has mis-numbered her claims. In its Order, the Court has made reference to adopting the numbering contained in the chart in Defendants' Opening Brief at page 5. For the purposes of this letter, Defendants also use the numbering set forth in Defendants' chart.