IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 08-02295 JSW

**ORDER GRANTING REQUEST FOR CLARIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CERTAIN CAUSES OF ACTION**

The Court has received the request for clarification of this Court's order dated August 19, 2008. Due to the confusion rendered by Plaintiff's misnumbering of her claims, the Court was not accurate in the final paragraph of the Order granting the Regents' motion to dismiss several causes of action. By its Order, he Court did, in fact, dismiss Plaintiff's third, fourth, fifth, sixth, seventh, ninth, tenth, twelfth, thirteenth and seventeenth causes of action.

**IT IS SO ORDERED.**

Dated: August 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE