# HASSARD BONNINGTON LLP
ATTORNEYS AT LAW

Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3941

415•288•9800
Facsimile
415•288•9801

August 21, 2008

**SECOND REQUEST FOR CLARIFICATION**

Chambers of Hon. Jeffrey S. White
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   *Cheryl Cotterill v. City and County of San Francisco, et al.*
      *Case No. C 08-02295 (JSW)*

Dear Judge White:

We have requested and received clarification of your Order of August 19, 2008. This Second Request for Clarification is issued with great deference and respect.

The Order of clarification indicates that the Seventh Cause of Action ("Battery"), Tenth Cause of Action ("Battery"), and Thirteenth Cause of Action ("Violation of Section 5259.1 of the Welfare and Institutions Code") have been dismissed as to The Regents of the University of California and the physician defendants. These causes of action, however, were not challenged by way of Defendants' motion to dismiss.

We believe that the Court's has intended to dismiss the Third Cause of Action (predicated upon 42 U.S.C. §1983), Fourth Cause of Action (predicated upon 42 U.S.C. §1983), Fifth Cause of Action (predicated upon 42 U.S.C. §1983), Sixth Cause of Action (predicated upon 42 U.S.C. §1983), Ninth Cause of Action (Professional Negligence), Twelfth Cause of Action (Negligent Infliction of Emotional Distress), and Seventeenth Cause of Action (Negligence). Thank you for your consideration in making this clarification to the Order.

Very truly yours,

HASSARD BONNINGTON LLP

R. Wesley Pratt

cc:   Gregory Haynes, Esq. (via e-filing only)
      Scott D. Wiener, Esq. (via e-filing only)