IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 08-02295 JSW

**ORDER GRANTING SECOND REQUEST FOR CLARIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CERTAIN CAUSES OF ACTION**

The Court has received the second request for clarification of this Court's order dated August 19, 2008. By its Order dated August 19, 2008, the Court did, in fact, dismiss Plaintiff's third, fourth, fifth, sixth, ninth, twelfth, and seventeenth causes of action.

**IT IS SO ORDERED.**

Dated: August 27, 2008

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE