DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, MITCHELL KATZ,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, AND PAUL DAVIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30,<br><br>　　　　Defendants. | Case No. CV-08-02295 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |

1  WHEREAS the Court, on August 6, 2008, ordered this case to mediation, the deadline to
2 complete that mediation falling on or about November 5, 2008;

3  WHEREAS the Court subsequently continued the case management conference in this matter
4 to October 10, 2008;

5  WHEREAS the parties believe that they will not be in a position to mediate this case
6 effectively by November;

7  AND WHEREAS the parties want to ensure that they have completed sufficient discovery to
8 be in a position to mediate the case meaningfully;

9  THEREFORE the parties agree and stipulate, subject to the Court's approval, to continue the
10 deadline to complete mediation to January 19, 2009.

11

12 Dated:  September 4, 2008

13                                           DENNIS J. HERRERA
                                              City Attorney
14                                           JOANNE HOEPER
                                              Chief Trial Deputy
15                                           SCOTT D. WIENER
                                              Deputy City Attorney
16

17                                              -/s/-    Scott D. Wiener
18                                        By:_____
                                              SCOTT D. WIENER
19                                           Attorneys for Defendants
20                                           CITY AND COUNTY OF SAN FRANCISCO,
                                              GAVIN NEWSOM, MITCHELL KATZ,
21                                           HEATHER FONG, MATTHEW MASON,
                                              HUGH HALL, GREGORY HICKS, LEON LOEW,
22                                           JOHN CRUDO, AND PAUL DAVIES

23

24

25

26

27

28

Dated: September 4, 2008

GREGORY M. HAYNES, ESQ.

By: -/s/-    Gregory M. Haynes
_____
GREGORY M. HAYNES
Attorney for Plaintiff CHERYL COTTERILL

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

Dated: September 3, 2008

HASSARD BONNINGTON LLP

By: -/s/-    R. Wesley Pratt
_____
R. WESLEY PRATT
Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, AND ROBERT DYNES

## ORDER

Based on the foregoing stipulation, the Court hereby orders that the deadline to complete the mediation of this case be extended to January 19, 2009.

Dated: _____

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1     WHEREAS the Court, on August 6, 2008, ordered this case to mediation, the deadline to
2 complete that mediation falling on or about November 5, 2008;
3     WHEREAS the Court subsequently continued the case management conference in this matter
4 to October 10, 2008;
5     WHEREAS the parties believe that they will not be in a position to mediate this case
6 effectively by November;
7     AND WHEREAS the parties want to ensure that they have completed sufficient discovery to
8 be in a position to mediate the case meaningfully;
9     THEREFORE the parties agree and stipulate, subject to the Court's approval, to continue the
10 deadline to complete mediation to January 19, 2009.

Dated: September 4, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        SCOTT D. WIENER
                        Deputy City Attorney

By: _____
      SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, MITCHELL KATZ,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, AND PAUL DAVIES

Dated: September 3, 2008

GREGORY M. HAYNES, ESQ.

By: -/s/- Gregory M. Haynes
GREGORY M. HAYNES
Attorney for Plaintiff CHERYL COTTERILL

Dated: September 3, 2008

HASSARD BONNINGTON LLP

By: *[signature]*
R. WESLEY PRATT
Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ESTHER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, AND ROBERT DYNES

## ORDER

Based on the foregoing stipulation, the Court hereby orders that the deadline to complete the mediation of this case be extended to January 19, 2009.

Dated: _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION RE ADR;
Cotterill v. CCSF, et al. - USDC No. CV-08-02295 JSW

2

c:\documents and settings\rwp.hassard\local settings\temporary internet files\olk1fc\00506686.doc