1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
   Attorneys for Defendants
7  CITY AND COUNTY OF SAN FRANCISCO,
   GAVIN NEWSOM, MITCHELL KATZ,
8  HEATHER FONG, MATTHEW MASON,
   HUGH HALL, GREGORY HICKS, LEON LOEW,
9  JOHN CRUDO, AND PAUL DAVIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL, | Case No. CV-08-02295 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MATHEW MASON, HUGH HALL, GREGORY HICKS, LEON LOEW, HEATHER FONG, MITCHELL KATZ, REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL DAVIES, GAVIN NEWSOM, JOHN CRUDO, ANNE BRAUN, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, ROBERT DYNES AND DOES 1 TO 30, | |
| Defendants. | |

1     WHEREAS the Court, on August 6, 2008, ordered this case to mediation, the deadline to
2 complete that mediation falling on or about November 5, 2008;

3     WHEREAS the Court subsequently continued the case management conference in this matter
4 to October 10, 2008;

5     WHEREAS the parties believe that they will not be in a position to mediate this case
6 effectively by November;

7     AND WHEREAS the parties want to ensure that they have completed sufficient discovery to
8 be in a position to mediate the case meaningfully;

9     THEREFORE the parties agree and stipulate, subject to the Court's approval, to continue the
10 deadline to complete mediation to January 19, 2009.

12 Dated:  September 4, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

    -/s/-    Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, MITCHELL KATZ,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, AND PAUL DAVIES

Dated: September 4, 2008

                                    GREGORY M. HAYNES, ESQ.

                                 -/s/-   Gregory M. Haynes
                       By:_____
                          GREGORY M. HAYNES
                          Attorney for Plaintiff CHERYL COTTERILL

*\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

Dated: September 3, 2008

                          HASSARD BONNINGTON LLP

                                -/s/-   R. Wesley Pratt
                       By:_____
                          R. WESLEY PRATT
                          Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, AND ROBERT DYNES

## ORDER

Based on the foregoing stipulation, the Court hereby orders that the deadline to complete the mediation of this case be extended to January 19, 2009.

Dated: September 5, 2008               _____
                                            HON. JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE