IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

SF CITY AND COUNTY, ET AL.,

    Defendants.

                                                        /

No. C 08-02295 JSW

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

        Now before the Court is the motion for leave to file a motion for reconsideration filed by Plaintiff Cheryl Cotterill ("Plaintiff"). Plaintiff request reconsideration of the Court order issued on, August 19, 2008 (and amended on August 27, 2008), granting Defendants' motion to dismiss certain causes of action. Having carefully reviewed Plaintiffs' papers and considered the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiff's motion for leave to file a motion for reconsideration.

        A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of the order. Civ. L.R. 7-9(b)(1)-(3). In addition, the moving party may not reargue any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

Plaintiff moves for reconsideration for the Court to consider dispositive legal arguments that she alleges the Court failed to consider initially with regard to the motion to dismiss. The Court considered the arguments now raised when considering Plaintiff's opposition to the motion to dismiss and found them unpersuasive. It finds them similarly unpersuasive in the context of the motion to reconsider. Plaintiff may not move for reconsideration on the basis of any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c).

Accordingly, Plaintiff's motion for leave to file a motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: September 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE