IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>　　　　　　　Defendants. | No. C 08-02295 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE STIPULATION AND THIRD AMENDED COMPLAINT** |
|---|---|

By prior Court Order, Plaintiff Cheryl Cotterill and The Regents of the University of California (and the individually named employees and agents of The Regents of the University of California, hereinafter collectively referred to as "the Regents") were to file a stipulation and Third Amended Complaint on or before November 10, 2008. The parties are meeting and conferring on the language and scope of a Third Amended Complaint. The parties ask for additional time up to November 19, 2008, in which to file a stipulation and Third Amended Complaint. If the parties cannot meet and confer resolution of the filing of a Third Amendment Complaint by way of stipulation, Plaintiff shall have until November 19, 2008, in which to file a motion seeking leave to file a Third Amended Complaint. In addition, the parties stipulate that The Regents have until December 1, 2008, in which to file an

-1-

STIPULATION AND [PROPOSED] ORDER ALLOWING ADDITIONAL TIME FOR THE FILING OF A STIPULATION
P:\Wdocs\HBMAIN\00045\00203\00338662.DOC-11508

Amended Answer to the Third Amended Complaint. Such Amended Answer will not be filed on December 1, 2008, if the Plaintiff elects to file a motion seeking leave to file a Third Amended Complaint.

Dated: November 5, 2008

_____
GREGORY M. HAYNES, ESQ.
Counsel for Plaintiff Cheryl Cotterill

Dated: November 5, 2008

CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
SCOTT D. WIENER
Deputy City Attorney

By _____
SCOTT D. WIENER, ESQ.
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MATTHEW MASON, HUGH HALL,
GREGORY HICKS, LEON LOEW, HEATHER
FUNG, MITCHELL KATZ, M.D., PAUL
DAVIES, GAVIN NEWSOM, and JOHN
CRUDO

Dated: November 5th, 2008

HASSARD BONNINGTON LLP

_____
R. WESLEY PRATT, ESQ.
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ESTHER CHOO, M.D., TRUDY
SINGZON, M.D., JESSICA FOGLER, M.D.,
REGINA GRAHAM, M.D., TAMAR
SEIVER, M.D., FREDERICK HUANG, M.D.,
HURBERT OCHITILL, M.D., RICHARD
PATEL, M.D., ALICIA F. LIEBERMAN, Ph.D.,
MARK LEARY, M.D., ROBERT OKIN, M.D.,
and ROBERT DYNES

-2-

# ORDER

Plaintiff and The Regents have filed a stipulation and [Proposed] Order seeking additional time for the filing of a Third Amended Complaint as well as an Amended Answer.

It is hereby ordered that the parties have until November 19, 2008, to file a stipulation allowing the filing of a Third Amended Complaint. The Third Amended Complaint will be filed at the same time that the stipulation is filed. If the parties are unable to reach agreement and stipulate to the filing of a Third Amended Complaint, Plaintiff shall have until November 19, 2008, in which to file a motion seeking leave to file a Third Amended Complaint. If a Third Amended Complaint is filed by way of stipulation on or before November 19, 2008, the Regents (including the individually named defendants) have leave to file an Amended Answer on or before December 1, 2008.

IT IS SO ORDERED.

Date: November 7, 2008

_____
Hon. Jeffrey S. White
United States District Court Judge