IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,                        No. C 08-02295 JSW

    v.

SF CITY AND COUNTY, ET AL.,            **ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR LEAVE TO AMEND COMPLAINT**

    Defendants.

       This matter is set for a hearing on January 23, 2009 on Plaintiff's motion for leave to file a third amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 8, 2008 and a reply brief shall be filed by no later than December 15, 2008.

       If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

       **IT IS SO ORDERED.**

Dated: November 24, 2008

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE