IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>   Plaintiff,<br><br> v.<br><br>SF CITY AND COUNTY, ET AL.,<br><br>   Defendants.<br>_____/ | No. C 08-02295 JSW<br><br>**ORDER RE ADMINISTRATIVE REQUEST** |

  Now before the Court is the motion for administrative relief brought by The Regents of the University of California defendants seeking permission to file a two-page letter seeking compliance with discovery. The Regents Defendants have indicated Plaintiff's counsel's recalcitrance on the requirement to meet and confer in person and therefore request to be relieved of this Court's requirement that the parties meet and confer *in person while recorded* in order to eliminate the number of discovery disputes brought before the undersigned. The Court has admonished counsel on multiple occasions that failure to comply with this Court's prior rulings and standing orders shall result in sanctions. Because Plaintiff's counsel has not filed an opposition to the pending administrative request for relief, the Court is unaware if Plaintiff's counsel will comply with the Court's prior rulings and orders in this instance.

  Therefore, the Court HEREBY ORDERS that all counsel to the discovery at issue served by the Regents Defendants shall meet and confer *in person while recorded* by no later than 11:00 a.m. on Friday, December 19, 2008. If Plaintiff's counsel still refuses to comply with this Court's order, he will be personally sanctioned in the amount of $500, payable

immediately to the Clerk of the Court and Plaintiff will have waived all objections and will be required to respond to all outstanding interrogatories without objection. This is the last in a series of warnings issued to Plaintiff's counsel by this Court, including in the presence of counsel's client. Therefore, any further failure to meet and confer as required by this Court shall immediately result in sanctions of an additional $500. Plaintiff's counsel is further admonished that any future discovery-related violations shall result in more severe sanctions.

**IT IS SO ORDERED.**

Dated: December 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE