IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, et al.

    Defendants.

                                  /

No. C 08-02295 JSW

**ORDER VACATING HEARING DATE**

    Now before the Court for consideration is the Motion for Leave to File Third Amended Complaint filed by Plaintiff Cheryl Cotterill ("Plaintiff"). Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds this matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing set for January 23, 2009 is HEREBY VACATED, and the Court shall issue its ruling in due course.

    **IT IS SO ORDERED.**

Dated: January 21, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE