IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

SF CITY AND COUNTY, ET AL.,

    Defendants.

No. C 08-02295 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on April 3, 2009 on Defendants' motion to dismiss individual defendants. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 27, 2009 and a reply brief shall be filed by no later thanMarch 6, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 13, 2009

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California