IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

        Defendants.

No. C 08-02295 JSW

**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTIONS TO DISMISS**

This matter is set for a hearing on April 3, 2009 on the City Defendants' motion to dismiss. The Court has received another motion to dismiss filed by the Regents Defendants and set for hearing on May 1, 2009. The Court HEREBY ORDERS that an opposition to the Regents' motion shall be filed by no later than March 10, 2009 and a reply brief shall be filed by no later than March 17, 1009. The Court further ORDERS that the hearing on the City Defendants' motion to dismiss is CONTINUED to May 1, 2009 at 9:00 a.m. to be heard in conjunction with the Regents' motion. The Court has already set a briefing schedule on the City Defendants' motion to dismiss which shall remain unchanged.

///

///

///

///

///


If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 24, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE