DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, MITCHELL KATZ,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, PAUL DAVIES, JEFF ADACHI,
ROBERT BUNKER, AND TROY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL, | Case No. CV-08-02295 JSW |
|---|---|
| Plaintiff, | **REQUEST FOR CLARIFICATION REGARDING MARCH 23, 2009, DISCOVERY ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL. | |
| Defendants. | |

REQUEST FOR CLARIFICATION
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

n:\lit\li2008\081193\00546086.doc

1  The City Defendants respectfully request that the Court clarify several aspects of its March 23, 2009, ORDER RE MOTION TO CONTINUE DISCOVERY CUTOFF AND REQUEST ADDITIONAL DEPOSITIONS.

    1. The order states that "Plaintiff may have an extension of time until May 1, 2009 to complete expert and non-expert discovery in this matter." Defendants request clarification regarding whether that extension of the discovery cutoff applies to all parties or just to Plaintiff. The City Defendants believe that if discovery is extended for Plaintiff, it should be extended for all parties.

    2. The order does not address the deadline to disclose experts. Currently, the deadline to disclose experts under the Court's case management order is April 1, 2009, the same day as the fact discovery cutoff. It is unclear if the Court intended to keep the expert disclosure deadline as April 1 or if the Court intended to change the expert disclosure deadline to May 1. The City Defendants request clarification on that point and further request that any extension of the expert disclosure deadline apply to all parties, not just Plaintiff. The City Defendants note that it would be awkward for expert disclosures to occur before the close of fact discovery.

    3. The deadline to complete expert discovery (as opposed to disclosures), under the Court's case management order, is May 4, 2009. The Court's March 23 order indicates that Plaintiff's deadline to complete expert discovery is now May 1, 2009, and is silent as to Defendants' deadline. The City Defendants request clarification as to when expert discovery now cuts off. The City Defendants suggest that if expert disclosures are still due on April 1, then expert discovery should continue to cut off on May 4 for all parties. However, if the Court is extending the expert disclosure deadline to May 1, then the City Defendants suggest that the expert discovery deadline be extended a corresponding amount of time, to June 5, 2009.

    4. The Court's order appears to provide that Plaintiff may take a maximum of 15 depositions in addition to the depositions of Ms. Masi and Dr. Imara. Defendants request clarification as to whether that was the Court's intended ruling.

REQUEST FOR CLARIFICATION
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW
1
n:\lit\li2008\081193\00546086.doc

Dated: March 23, 2009

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

          -/s/-   Scott D. Wiener
By_____
        SCOTT D. WIENER
        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        GAVIN NEWSOM, MITCHELL KATZ,
        HEATHER FONG, MATTHEW MASON,
        HUGH HALL, GREGORY HICKS, LEON LOEW,
        JOHN CRUDO, PAUL DAVIES, JEFF ADACHI,
        ROBERT BUNKER, AND TROY WILLIAMS

To clarify, the discovery cutoff is extended for ALL parties until May 1, 2009.
The deadline to disclose experts is April 1, 2009.
The deadline for ALL parties to complete expert discovery is May 1, 2009.
Plaintiff may take a total of 17 depositions, now including the depositions of Ms. Masi and Dr. Imara (who were previously unavailable).

Dated: March 24, 2009

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Jeffrey S. White, Judge Jeffrey S. White]

REQUEST FOR CLARIFICATION
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW
2
n:\lit\li2008\081193\00546086.doc