IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

SF CITY AND COUNTY, et al.

    Defendants.

No. C 08-02295 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for the resolution of all discovery disputes, with the exception of the letter brief filed on April 22, 2009 (Docket No. 128).  This referral shall include any disputes arising out of or relating to the deposition of Karen Masi, held on April 24, 2009.

**IT IS SO ORDERED.**

Dated: April 27, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc:    Wings Hom