IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

    Defendants.

No. C 08-02295 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS**

Now before the Court for consideration are two motions to dismiss filed by the Regents Defendants and the City Defendants. Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds this matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing set for May 1, 2009 is HEREBY VACATED, and the Court shall issue its ruling in due course.

**IT IS SO ORDERED.**

Dated: April 29, 2009

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE