```
HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
R. WESLEY PRATT, ESQ., State Bar No. 191159
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: rwp@hassard.com, jls@hassard.com
```

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
ANDREW BRAUN, M.D. ESTHER CHOO, M.D., TRUDY SINGZON, M.D.,
JESSICA FOGLER, M.D., REGINA GRAHAM, M.D., TAMAR
SEIVER, M.D., FREDERICK HUANG, M.D., HURBERT
OCHITILL, M.D., RICHARD PATEL, M.D. (sued herein as
"RICK PATEL"), ALICIA F. LIEBERMAN, Ph.D., MARK
LEARY, M.D., ROBERT OKIN, M.D., and ROBERT DYNES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL, | No. C 08-02295 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REMOVING DOCUMENT NO. 140 FROM THE ONLINE DOCKET |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al. | Complaint Filed: Dec. 26, 2007<br>1st Amended Complaint: 12/28/07<br>2nd Amended Complaint: 04/03/08<br>3rd Amended Complaint: 02/05/09 |
| Defendants. | |

Defendants' Motion/Request to Remove Incorrectly Filed Document No. 140 from the Docket is hereby GRANTED. The Clerk is instructed to forever remove Document No. 140 from the Court's electronic filing system.

IT IS SO ORDERED.

Dated: May 26, 2009

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER REMOVING DOCUMENT NO. 140 FROM THE ONLINE DOCKET - Case No. CV 08-2295 JSW
P:\Wdocs\HBMAIN\00045\00203\00387396.DOC-52609