UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL ) | |
| ) | |
| Plaintiff(s), ) | No. CV-08-02295 JSW (BZ) |
| ) | |
| v. ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CONFERENCE RE DISCOVERY** |
| CITY and COUNTY of SAN ) | **DISPUTE** |
| FRANCISCO, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**IT IS ORDERED** that a telephonic conference is scheduled for **June 3, 2009 at 1:30 p.m.,** to discuss the current discovery dispute. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: June 2, 2009

_____
Cherell Hallett - Judicial Assistant to
Magistrate Judge Bernard Zimmerman

C:\Documents and Settings\USDC\Desktop\TELCONF.wpd

1