UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>      Plaintiff(s),<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendant(s). | No. C08-02295 JSW (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Following a telephonic discovery conference on June 3, 2009 to discuss defendant's May 29 letter, at which all parties were represented by counsel, the Court finds no need for further briefing or hearing. Accordingly, **IT IS HEREBY ORDERED** that plaintiff must answer defendant's first set of interrogatories by **June 19, 2009.**

Dated: June 3, 2009

                                  Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\COTTERILL V. S.F. CITY & CTY\SECOND DISCOVERY ORDER.wpd

1