**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

    Defendants.

No. C 08-02295 JSW

**ORDER OF CLARIFICATION**

    Now before the Court is a letter seeking clarification by the Regents of the University of California ("Regents"), Dr. Andrew Braun, Dr. Esther Choo, Dr. Trudy Singzon, Dr. Jessica Folger, Dr. Regina Graham, Dr. Tamar Seiver, Dr. Frederick Huang, Dr. Hurbert Ochitill, Dr. Richard Patel (sued herein as "Rick Patel"), Dr. Alicia Lieberman, Dr. Mark Leary, and Dr. Robert Okin (all doctors herein referred to as "Regents Physicians") (collectively, "Regents Defendants") on the Court's Order dated May 8, 2009 dismissing multiple claims ("Order").

    In its Order, the Court noted that the Regents Defendants did not move to dismiss Plaintiff's constitutional challenges to California Welfare and Institutions Code section 5150 and 5250. Although the Court found the challenge unpersuasive, the Court did not dismiss the claims as Defendants had not sought dismissal. In addition, the Regents Defendants did not move for final judgment under Federal Rule of Civil Procedure 54(b). Therefore, the submission of the bill of costs is premature. A motion for default judgment by Plaintiff is improper. The Regents Defendants shall have leave to file a motion to dismiss the remaining

claims.

**IT IS SO ORDERED.**

Dated: June 25, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE