IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 08-02295 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on August 21, 2009 on the Regents Defendants' motion to dismiss the eighteenth and nineteenth causes of action. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 10, 2009 and a reply brief shall be filed by no later than July 17, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 26, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE