HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
R. WESLEY PRATT, ESQ., State Bar No. 191159
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: rwp@hassard.com, jls@hassard.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
ANDREW BRAUN, M.D. ESTHER CHOO, M.D., TRUDY SINGZON, M.D.,
JESSICA FOGLER, M.D., REGINA GRAHAM, M.D., TAMAR
SEIVER, M.D., FREDERICK HUANG, M.D., HURBERT
OCHITILL, M.D., RICHARD PATEL, M.D. (sued herein as
"RICK PATEL"), ALICIA F. LIEBERMAN, Ph.D., MARK
LEARY, M.D., ROBERT OKIN, M.D., and ROBERT DYNES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.<br><br>　　　　　Defendants. | No. C 08-02295 JSW (JL)<br><br>[~~PROPOSED~~] **ORDER DROPPING REGENTS DEFENDANTS' MOTION FOR ATTORNEYS FEES AND EXPERT COSTS WITHOUT PREJUDICE TO RE-FILING**<br><br>Date: July 29, 2009<br>Time: 9:30 a.m.<br>Dept.: F, 15th Floor<br><br>Chief Magistrate Judge<br>James Larson |

     Defendants' Motion for Attorneys Fees and Expert Costs had been set for hearing to take place on July 29, 2009. Moving Defendants have subsequently asked that the motion be dropped from the Court's calendar without prejudice to re-filing once a judgment has issued in this case.

     The request is GRANTED and the hearing date of July 29, 2009, is hereby VACATED. There is no prejudice to the Regents and Regents Defendants re-

-1-

1  filing the motion at a later date and after a judgment has issued as to The Regents
2  and Regents Defendants.
3        SO ORDERED.

Dated: June 29, 2009

*[signature]*

HON. JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

-2-