IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.
                                       /

No. C 08-02295 JSW

**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

      This matter is currently set for a hearing on September 18, 2009 on the City Defendants' motion for summary judgment. Due to the Court's calendar, the motion for summary judgment shall be heard on the last day to hear dispositive motions in this matter, and is therefore CONTINUED to October 9, 2009. The Court HEREBY ORDERS that an opposition to the City Defendants' motion shall be filed by no later than August 31, 2009 and a reply brief shall be filed by no later than September 8, 1009.

      If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: August 17, 2009

                                                           JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE