1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
4 | 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
5 | Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, PAUL DAVIES, JEFF ADACHI, AND
ROBERT BUNKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERYL COTTERILL, | Case No. CV-08-02295 JSW |
|---|---|
| Plaintiff, | **AS MODIFIED STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF SUMMARY JUDGMENT HEARING** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

1  WHEREAS the City Defendants moved for summary judgment and noticed a hearing for September 18, 2009, at 9 a.m.;

WHEREAS the Court sua sponte continued the hearing date to October 9, 2009, which the Court had previously designated as the last day to hear dispositive motions;

AND WHEREAS Deputy City Attorney Scott Wiener, who is lead trial counsel for the City Defendants and whose presence is necessary at the hearing, is highly likely to be out of town on October 9, which is one of the reasons the City Defendants did not notice their motion for that date;

THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, as follows:

1.  The hearing on the City Defendants' motion for summary judgment will be continued to October 16, 2009, at 9 a.m.

2.  If any other party files a dispositive motion, that party may notice the hearing for October 23 [16] notwithstanding the Court's previous designation of October 9 at the last day to hear dispositive motions.

3.  The briefing schedule previously set by the Court for the City Defendants' motion will not be altered by this stipulation and proposed order.


Dated:  August 27, 2009

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        SCOTT D. WIENER
                        Deputy City Attorney

                            -/s/-    Scott D. Wiener
                    By:_____
                        SCOTT D. WIENER
                        Attorneys for Defendants
                        CITY AND COUNTY OF SAN FRANCISCO,
                        HEATHER FONG, MATTHEW MASON,
                        HUGH HALL, GREGORY HICKS, LEON LOEW,
                        JOHN CRUDO, PAUL DAVIES, JEFF ADACHI, AND
                        ROBERT BUNKER

Dated: August 27, 2009

                            GREGORY M. HAYNES, ESQ.

                             *-/s/-*   *Gregory M. Haynes**
                    By:_____
                        GREGORY M. HAYNES
                        Attorney for Plaintiff CHERYL COTTERILL

                        *\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

Dated: August 27, 2009

                        HASSARD BONNINGTON LLP

                        *-/s/-*   *R. Wesley Pratt**
                    By:_____
                      R. WESLEY PRATT
                      Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ESTER CHOO, TRUDY SINGZON, JESSICA FOGLER, REGINA GRAHAM, TAMAR SEIVER, FREDERICK HUANG, HURBERT OCHITILL, RICK PATEL, ALICIA F. LIEBERMAN, MARK LEARY, ROBERT OKIN, AND ROBERT DYNES

                      *\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

<u>ORDER</u>

Based on the foregoing stipulation, the Court hereby ORDERS that the hearing on the City Defendants' motion for summary judgment be continued to Friday October 23, 2009, at 9 a.m. The briefing schedule previously set by this Court shall remain in place and is not altered by this Order.

Dated: August 27, 2009                      /s/ Jeffrey S. White
                                        HON. JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE