IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

No. C 08-02295 JSW

**ORDER RE MOTION FOR SUMMARY JUDGMENT AND ORDER TO SHOW CAUSE**

This matter is currently set for a hearing on October 23, 2009 on the City Defendants' motion for summary judgment. The Court has ordered that an opposition to the City Defendants' motion was to be filed by no later than August 31, 2009 and a reply brief shall be filed by no later than September 8, 1009. The Court has not received an opposition to the pending motion and did not grant Plaintiff an extension of time to file her opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than September 29, 2009 as to why this matter should not be dismissed for failure to prosecute. Failure to respond to this Order by September 29, 2009 shall result in dismissal of this matter.

**IT IS SO ORDERED.**

Dated: September 24, 2009

                                                                    JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE