DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, MATTHEW MASON,
HUGH HALL, GREGORY HICKS, LEON LOEW,
JOHN CRUDO, PAUL DAVIES, JEFF ADACHI,
AND ROBERT BUNKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COTTERILL,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>        Defendants. | Case No. CV-08-02295 JSW<br><br>**ERRATA TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE OF COURT TO FILE 14-PAGE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**  AND ORDER THEREON<br><br>Date :   October 23, 2009<br>Time :  9:00 a.m.<br>Place :  Courtroom 11, 19th Floor<br>          Hon. Jeffrey S. White<br><br>Trial Date : December 7, 2009 |

      Defendants hereby request leave of court to file a Reply to Plaintiff's Opposition to Defendants' Motion For Summary Judgment in excess of court's the ten-page limit. Defendants' request leave to file a fourteen-page Reply. The defendants' request an additional four pages of text because Plaintiff filed a thirty-nine page Opposition containing numerous assertions of fact that are either unsupported by any citation to evidence and/or that misstate the record of the evidence. Addressing many of Plaintiff's assertions is necessary to show why there is no dispute of material fact

ERRATA to Admin Motion for Leave of Court                              n:\lit\li2008\081193\00587439.doc
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW

that raises a triable issue in this case.  Further, plaintiff's Third Amended Complaint alleged twenty-one causes of action, in addition to styling two remedies as causes of action, and arguments related to most these issues are addressed by Defendants' Reply.

For the foregoing reasons, Defendants' respectfully request that the court order that Defendants' be permitted to file a fourteen page Reply.

Dated: October 13, 2009
           DENNIS J. HERRERA
           City Attorney
           JOANNE HOEPER
           Chief Trial Deputy
           SCOTT D. WIENER
           Deputy City Attorney
           JAMES F. HANNAWALT
           Deputy City Attorney

By: _____/s/_____
     JAMES F. HANNAWALT
     Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO
     HEATHER FONG, MATHEW MASON,
     HUGH HALL, GREGORY HICKS,
     LEON LOEW, JOHN CRUDO, PAUL DAVIES, JEFF
     ADACHI, and ROBERT BUNKER

<u>Declaration of James F. Hannawalt</u>

I, James Hannawalt, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney. I have personal knowledge of the contents of this declaration, and I could and would testify competently thereto if called upon to do so.

2. The facts stated in the foregoing motion are accurate.

3. I attempted to obtain a stipulation from plaintiff's counsel for a Reply of up to fifteen pages. As of this writing, I have received no response from plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed onOctober 13, 2009, at San Francisco, California.

_____/s/_____
James F. Hannawalt

ERRATA to Admin Motion for Leave of Court
Cotterill v. CCSF, et al. – USDC No. CV-08-02295 JSW
                n:\lit\li2008\081193\00587439.doc

**ORDER**

Defendants are granted leave to file a fourteen-page Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

It is so Ordered.

Dated: October 14, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE