IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

SF CITY AND COUNTY, ET AL.,

    Defendants.

No. C 08-02295 JSW

**ORDER REFERRING MOTION RE COSTS TO MAGISTRATE JUDGE LARSON**

Pursuant to Local Rule 72-1, Plaintiff's motion to review and vacate costs is HEREBY REFERRED to Magistrate Judge Larson to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: December 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom