UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Cotterill, | No. C 08-2295 JSW (JL) |
|     Plaintiff, | |
|     v. | **ORDER** |
| City and County of San Francisco, | |
|     Defendants. | |

This Court received Plaintiff's Evidentiary Objections, filed after the hearing on the motions for costs and attorneys' fees. The Court hereby grants to Defendants two weeks within which to respond. At that time briefing will be closed and the matter will be deemed submitted.

IT IS SO ORDERED.

DATED: February 9, 2010

_____
JAMES LARSON
U.S. Magistrate Judge

G:\JLALL\CASES\CIV-REF\08-2295\Ord re response.wpd       1