IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

    Plaintiff,

v.

SF CITY AND COUNTY, ET AL.,

    Defendants.

No. C 08-02295 JSW

**ORDER RE OBJECTIONS TO REPORT AND RECOMMENDATION**

On March 24, 2010, this Court received a notice of objections filed by Gregory M. Haynes to Magistrate Judge Larson's Report and Recommendation regarding Defendants' motions for attorneys' fees and expert costs. Mr. Haynes also moves for de novo determination pursuant to Federal Rule of Civil Procedure 72(b) and sets a hearing date of May 21, 2010.

First, unless otherwise ordered by the District Judge, no response need be filed and no hearing will be held concerning an objection to a Magistrate's Order. *See* N.D. Civ. L.R. 72-2. The Court has not and shall not conduct a hearing on Mr. Haynes' objections. Second, the undersigned is not available on May 21, 2010 and parties should always check on the availability of the Court before setting a proposed hearing date. Third, without a determination of the merits of the objections and only to ensure a complete record on the issue, the Court HEREBY ORDERS Defendants to submit a response to Mr. Haynes' objections by no later than April 2, 2010. The Court shall thereafter rule on the pending motions for attorneys' fees and

expert costs.

**IT IS SO ORDERED.**

Dated: March 25, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERYL COTTERILL,

        Plaintiff,

  v.

SF CITY AND COUNTY et al,

        Defendant.
                                   /

Case Number: CV08-02295 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cheryl Cotterill
1505 Gough Street #10
San Francisco, CA 94109

Gregory M. Haynes
Law Offices of Gregory M. Haynes, Esq.
2443 Fillmore, #194
San Francisco, CA 94115

Dated: March 25, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk