**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CHERYL COTTERILL,

10          Plaintiff,                          No. C 08-02295 JSW

11     v.
                                               **ORDER VACATING STATUS**
12    SF CITY AND COUNTY, ET AL.,               **CONFERENCE PENDING**
                                               **MANDATE**
13          Defendants.

14    _____/

15          This matter was set for a status conference on November 9, 2012 at 1:30 p.m.  The Court

16    HEREBY VACATES the conference pending issuance of the mandate from the Ninth Circuit

17    Court of Appeals.

18

19          **IT IS SO ORDERED.**

20    Dated:   August 29, 2012

21                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

1
2
3            UNITED STATES DISTRICT COURT
4                      FOR THE
5          NORTHERN DISTRICT OF CALIFORNIA
6
7
8   CHERYL COTTERILL,                    Case Number: CV08-02295 JSW

                    Plaintiff,           **CERTIFICATE OF SERVICE**
9
10    v.

11  SF CITY AND COUNTY et al,

12                    Defendant.
                                    /
13
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
14  District Court, Northern District of California.

15  That on August 29, 2012, I SERVED a true and correct copy(ies) of the attached, by
    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
16  listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
    inter-office delivery receptacle located in the Clerk's office.
17
18
19  Cheryl Cotterill
    1505 Gough Street #10
20  San Francisco, CA 94109
21
22
23  Dated: August 29, 2012         *Jennifer Ottolini*
24                                 Richard W. Wieking, Clerk
                                   By: Jennifer Ottolini, Deputy Clerk
25
26
27
28

*United States District Court*
For the Northern District of California