Generated: Feb 28, 2023 12:29PM                                                                                         Page 1/1



# U.S. District Court

### California Northern - San Francisco

Receipt Date: Feb 28, 2023 12:29PM

Gregory Melvin Haynes
2443 Fillmore, #194
San Francisco, CA 94115

| Rcpt. No: 311163459 | | Trans. Date: Feb 28, 2023 12:29PM | | | Cashier ID: #JG |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0093 | 02/28/2023 | | $505.00 |
| | | | Total Due Prior to Payment: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.